(132 So. 867)

### Julian JACKSON v. STATE.

#### 4 Div. 547.

Supreme Court of Alabama.
March 12, 1931.

C. L. Rowe, of Elba, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAYRE, J.

Petition of Julian Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jackson v. State, 132 So. 867.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.